1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA
10

11    UNITED STATES OF AMERICA,
12                        Plaintiff,              Case No.  CR06-5082M
13            v.                                  MINUTE ORDER
                                                 OF REFERENCE FOR
14    ALVIN STEVE PENN,                            SETTLEMENT CONFERENCE
15                        Defendant.
16

17          The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United
18    States Chief Magistrate Judge:
19          This matter is referred to U.S. Magistrate Judge Karen L. Strombom for the purpose of conducting
20    a settlement conference.  Counsel are directed to contact Traci Whiteley, in-court deputy for Judge
21    Strombom, at 253-882-3827 to schedule the settlement conference.
22          The foregoing Minute Order entered by ___/s/ Allyson P. Swan_____, Judicial Assistant,
23    this September 8, 2006.
24
25
26
27
28

MINUTE ORDER
Page - 1