MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALVIN STEVE PENN, )<br>)<br>Defendant. )<br>_____ ) | NO. 06-5082M<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

Based on the unopposed motion of the defendant to continue the trial date, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(i).

3. The defense needs additional time to continue to explore issues related to trial, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(8)(B(ii).

//

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE                    1
*U.S. v. PENN*, 06-5082M

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710

1     4. Taking into account the exercise of due diligence, a continuance is necessary
2 to allow the defendant the reasonable time for effective preparation of his defense.
3 18 U.S.C. § 3161(h)(8)(B)(iv).
4     NOW, THEREFORE,
5     IT IS HEREBY ORDERED that the trial date is continued from October 2, 2006
6 to January 8, 2007. The resulting period of delay from October 2, 2006 to January 8,
7 2007, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and
8 (B).
9     DONE this 19th day of September, 2006.

                             */s/ J. Kelley Arnold*
                             J. KELLEY ARNOLD
                             UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/
Linda R. Sullivan
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION               **FEDERAL PUBLIC DEFENDER**
TO CONTINUE TRIAL DATE    2                          **1331 Broadway, Ste. 400**
*U.S. v. PENN*, 06-5082M                                 **Tacoma, Washington 98402**
                                                                       **(253) 593-6710**